# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANON JENNINGS, ) | |
| ) | Civil Action File No. |
| Plaintiff, ) | 1:21-cv-03120-JPB-AJB |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| SWISSPORT CARGO SERVICES, ) | |
| L.P., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shanon Jennings files this stipulation of dismissal with prejudice of all claims raised in this action.

Respectfully submitted this 4th day of October 2021.

**LEGARE, ATTWOOD & WOLFE, LLC**

**Cheryl B. Legare**
Georgia Bar No. 038553
cblegare@law-llc.com

125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANON JENNINGS, ) | |
| ) | Civil Action File No. |
| Plaintiff, ) | 1:21-cv-03120-JPB-AJB |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| SWISSPORT CARGO SERVICES, ) | |
| L.P., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF filing system which will automatically send notification of such filing to all counsel of record.

**LEGARE, ATTWOOD & WOLFE, LLC**

**Cheryl B. Legare**
Georgia Bar No. 038553
cblegare@law-llc.com

125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212